Fill in this information to identify the case:
Debtor name  **Moreaux Transportation Services, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Change Funding Group**<br>1820 av m<br>Brooklyn, NY 11230 | | | | | | $55,000.00 |
| **High Speed Capital**<br>30 Broad Street 14th Floor<br>Suite 1407<br>New York, NY 10004-2304 | | (as of 12/2019) | | | | $13,635.00 |
| **Knight Capital Funding**<br>9 East Loockerman Street<br>Suite 202-543<br>Dover, DE 19901 | | Merchant Cash Advance | | | | $43,859.79 |
| **OnDeck**<br>1400 Boradway,<br>25th Floor<br>New York, NY 10018-5225 | | | | | | $22,094.27 |
| **Radium2 Capital, LLC**<br>300 RXR Plaza<br>Uniondale, NY 11553 | | 3 accounts (amount per stipulated Judgment/Settlement) | | | | $148,734.62 |
| **Texas Mutual Insurance**<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | | | | | | $19,629.33 |