UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA (LAKE CHARLES)

| | | |
|---|---|---|
| RE: | * | Case No. 20-20384 |
| | * | |
| MOREAUX TRANSPORTATION | * | |
| SERVICES, INC. | * | Chapter 11 |
| *Debtor* | * | |
| | * | Judge: John W. Kolwe |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE,** that Thomas J. Lutkewitte of the law firm Favret, Demarest, Russo, Lutkewitte & Schaumburg, has been retained as attorney for Pawnee Leasing Corporation in the above referenced proceedings and pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002 and 9010, the undersigned requests that all Notices given or required to be given and all papers served, or required to be served in this case, be given to and served upon the following:

THOMAS J. LUTKEWITTE, LA Bar #09196
FAVRET, DEMAREST, RUSSO, LUTKEWITTE & SCHAUMBURG
A Professional Law Corporation
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone No.: (504) 561-1006
Facsimile No.: (504) 523-0699
Email: tlutkewitte@favretlaw.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Code Sections and Bankruptcy Rules specified above, but also includes, without limitation, any plan of reorganization and objections thereto, and any orders, motions, applications, complaints, demands, hearing notices, order, disclosure statements, other pleadings, memorandums

[1]

of briefs in support of the foregoing, any other documents brought before the court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, in any and all notices relating to any of the foregoing.

New Orleans, Louisiana, this 25th day September 2020.

Respectfully submitted,

**FAVRET, DEMAREST, RUSSO, LUTKEWITTE & SCHAUMBURG**
A Professional Law Corporation

*/s/ Thomas J. Lutkewitte*
**THOMAS J. LUTKEWITTE, No. 09196**
**CONOR T. LUTKEWITTE, No. 34653**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone No.: (504) 561-1006
Facsimile No.: (504) 523-0699
Email: tlutkewitte@favretlaw.com
Email: clutkewitte@favretlaw.com
*Attorney for Pawnee Leasing Corporation*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA (LAKE CHARLES)

| | | |
|---|---|---|
| RE: | * | Case No. 20-20384 |
| | * | |
| MOREAUX TRANSPORTATION | * | |
| SERVICES, INC. | * | Chapter 11 |
| *Debtor* | * | |
| | * | Judge: John W. Kolwe |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served by the electronic case filing system for the United States Bankruptcy Court for the Western District of Louisiana, Lake Charles Division, and by United States Mail, postage prepaid, this this 25th day September 2020, as follows:

Mr. Bradley Loy Drell
Ms. Heather M. Mathews
Gold, Weems, Bruser, Sues & Rundell
2001 MacArthur Dr
Alexandria LA, 71301-3720

Ms. Lucy G. Sikes (Ch. 11 Sub V Trustee)
P.O. Box 52545
Lafayette, LA 70505-2545

Mr. Richard Drew, U.S. Trustee
Office of U.S. Trustee
300 Fannin St., Rm. 3196
Shreveport, LA 71101

*/s/ Thomas J. Lutkewitte*
THOMAS J. LUTKEWITTE

[3]