IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
(LAKE CHARLES)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-20384 |
| Moreaux Transportation Services, Inc. | § | |
| Tax ID/EIN: xx-xxx1672 | § | |
| P. O. Box 2952 | § | Chapter 11 |
| Orange, TX 77630 | § | |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), please take notice that the undersigned attorney is appearing for the following party in the above bankruptcy proceeding:

CommunityBank of Texas, N.A.

This party is a creditor of the Debtor, Moreaux Transportation Services, Inc., and is a party-in-interest in this case. The undersigned, on behalf of CommunityBank of Texas, N.A., hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Dated: September 25, 2020                                  Respectfully submitted,

                                                           LINDSAY, LINDSAY & PARSONS

                                                           By: /s/ Michael J. Lindsay
                                                               Michael J. Lindsay
                                                               Louisiana Federal Bar No. 6236x
                                                               Texas State Bar No. 12368800
                                                               710 North 11th Street
                                                               Beaumont, Texas 77702-1502
                                                               Telephone: (409) 833-1196
                                                               Facsimile: (409) 832-7040