Fill in this information to identify the case:

Debtor name: **Moreaux Transportation Services, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known): **20-20384**

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AFCO** P.O. Box 4795 Carol Stream, IL 60197-4795 | | **Insurance Premiums** | | | | $57,063.72 |
| **AFCO** P.O. Box 4795 Carol Stream, IL 60197-4795 | | **Insurance Premiums** | | | | $22,764.24 |
| **AJ Equity Group LLC** Looking Glass Funding 1648 61 Street Brooklyn, NY 11204 | | **Merchant Cash Advance** | | | | $53,651.30 |
| **American Express** P.O. Box 981535 El Paso, TX 79999-8153 | | **7-41007** | | | | $5,846.14 |
| **Bank Direct Capital Finance** 150 North Field Drive Suite 190 KS 66004-5000 | | **Insurance Premium** | | | | $3,627.78 |
| **Blue Beacon Truck Wash** 7144 I-10 Orange, TX 77632 | | **Trade Payables** | | | | $1,495.00 |
| **Business Funding Source** Arkham Funding 461 Van Brunt Street Brooklyn, NY 11231 | | **Merchant Cash Advance** | | | | $49,974.00 |
| **Change Funding Group** 1820 av m Brooklyn, NY 11230 | | **Merchant Cash Advance** | | | | $55,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Financial Bank Vidor Office**<br>912 North 16th Street<br>Orange, TX 77630 | | **PPP loan** | | | | **$171,744.00** |
| **Getbackd**<br>2101 S IH 35 Frontage Rd.<br>Austin, TX 78741 | | **Merchant Cash Advance** | | | | **$96,923.10** |
| **Knight Capital Funding**<br>9 East Loockerman Street<br>Suite 202-543<br>Dover, DE 19901 | | **Merchant Cash Advance** | | | | **$43,859.76** |
| **Liberty Capital Management**<br>**Synergy Financial**<br>200 Middlesex Essex Turnpike<br>Suite 308<br>Iselin, NJ 08830 | | **Merchant Cash Advance** | | | | **$108,866.64** |
| **OnDeck**<br>1400 Boradway, 25th Floor<br>New York, NY 10018-5225 | | **Merchant Cash Advance** | | | | **$22,100.00** |
| **Radium2 Capital, LLC**<br>300 RXR Plaza<br>Uniondale, NY 11553 | | **Merchant Cash Advance**<br>**3 accounts (amount per stipulated Judgment/Settlement)** | | | | **$136,334.62** |
| **Samsara Networks, Inc.**<br>1990 Alameda St., 5th Floor<br>San Francisco, CA 94103 | | **Camera and GPS Services** | | | | **$1,012.42** |
| **SPG Advance LLC**<br>1221 McDonald Ave<br>Brooklyn, NY 11230 | | **Merchant Cash Advance** | | | | **$23,185.00** |
| **Texas Mutual Insurance**<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | | **Insurance Premium** | | | | **$28,654.03** |
| **Theobald, Demahy & Co., P.C.**<br>2522 Calder Street<br>Beaumont, TX 77702 | | **Professional Services** | | | | **$1,350.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Transcoastal Logistics, LLC**  **4486 FM 1006**  **Orange, TX 77630** | | **Subcontractor Services** | | | | **$56,244.62** |
| **Wex Fuel Cards**  **1 Hancock Street**  **Portland, ME 04101** | | **Trade Payables** | | | | **$2,559.00** |