AFCO
P.O. Box 4795
Carol Stream, IL 60197-4795


AJ Equity Group LLC
Looking Glass Funding
1648 61 Street
Brooklyn, NY 11204


Alice Kiefer
Berkovitch & Bouskila, PLLC
80 Broad Street, Suite 3303
New York, NY 10004


Alliance Funding Group
17542 17th Street
Suite 200
Tustin, CA 92780


American Express
P.O. Box 981535
El Paso, TX 79999-8153


Amur Equip Finance
308 N. Locust Street
Suite 100
Grand Island, NE 68801


AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014


Bank Direct Capital Finance
150 North Field Drive
Suite 190
Lake Forest, IL 60045

Blue Beacon Truck Wash
7144 I-10
Orange, TX 77632



Boris Yankovich, Esq.
10 W 37 St, 6th Floor
New York, NY 10018



Bridge City Bank
701 W Round Bunch Rd.
Bridge City, TX 77611



Business Funding Source
Arkham Funding
461 Van Brunt Street
Brooklyn, NY 11231



Change Funding Group
1820 av m
Brooklyn, NY 11230



CIT Bank
95 South Lake Ave.
Pasadena, CA 91103



Community Bank
P.O. Box 26017
Beaumont, TX 77720-6017



Corporate Client Services, LLC
1800 North Congress Ave.
Suite 211
Boynton Beach, FL 33426



Crestmark
5480 Corporate Drive
Suite 350
Troy, MI 48098

Entergy
c/o Marcus V. Brown, GC
639 Loyola Ave.
New Orleans, LA 70113


First Financial Bank
400 Pine Street
Abilene, TX 79601


First Financial Bank
Vidor Office
912 North 16th Street
Orange, TX 77630


First State Bank
4039 Ih 10E
Orange, TX 77630


Frontline Legal Service
1166 W. Newport Center Drive
Suite 312
Deerfield Beach, FL 33442


Getbackd
2101 S IH 35 Frontage Rd.
Austin, TX 78741


GM Financial
801 Cherry Street
Suite 3500
Fort Worth, TX 76102


Intuit Quickbooks
2700 Coast Ave.
Mountain View, CA 94043

JB&B Capital/Pinnacle Bank
1111 N Northshore Drive
Suite P270
Knoxville, TN 37919

JB&B Capital/Pinnacle Bank
1111 N Northshore Dr.
Suite P270
Knoxville, TN 37919

Knight Capital Funding
9 East Loockerman Street
Suite 202-543
Dover, DE 19901


Knight Capital Funding
c/o Phillip Yates, Esq.
110 SE 6th Street, Ste. 700
Fort Lauderdale, FL 33301


Liberty Capital Management
Synergy Financial
200 Middlesex Essex Turnpike
Suite 308
Iselin, NJ 08830


m2 Lease Funds LLC
175 Patrick Blvd.
Brookfield, WI 53045


McGriff Insurance Services, Inc.
1808 Hwy 190 W, Ste B
Deridder, LA 70634


Moreaux Freedom Investments, LLC
P.O. Box 2952
Orange, TX 77631

N. Mill Credit Trust
601 Merritt 7
Norwalk, CT 06851


OnDeck
1400 Boradway, 25th Floor
New York, NY 10018-5225


Pawnee Leasing Corp.
3801 Automation Way
Suite 207
Fort Collins, CO 80525


PNC Equipment Finance
655 Business Center Drive
Suite 250
Horsham, PA 19044


Radium2 Capital, LLC
300 RXR Plaza
Uniondale, NY 11553


Radium2 Capital, LLC
10 West 37th Street, 6th Fl
New York, NY 10018


Radium2 Capital, LLC
251 Little Falls Drive
Wilmington, DE 19808


Richie Bros Financial Services
P.O. Box 6429
Lincoln, NE 68506-0429


Russel S. Long
Long Legal Group
175 North Patrick Blvd
Suite 140A
Brookfield, WI 53045

Samsara Networks, Inc.
1990 Alameda St., 5th Floor
San Francisco, CA 94103


Simmons Bank
4220 N Rodney Parham Rd
Little Rock, AR 72212


SLS Financial Services
8341 N.W. Mace Road
Suite 200
Kansas City, MO 64152


Smart Business Credit
111 John Robert Thomas Dr
Exton, PA 19341


Southgate Lease Services
4440 S 108th Street
Milwaukee, WI 53228


SPG Advance LLC
1221 McDonald Ave
Brooklyn, NY 11230


Suddenlink
1 Court Square West
Long Island City, NY 11101


TBS Factoring Company
P.O. Box 18109
Oklahoma City, OK 73154


Texas Mutual Insurance
P.O. Box 841843
Dallas, TX 75284-1843

Theobald, Demahy & Co., P.C.
2522 Calder Street
Beaumont, TX 77702


Time Warner Cable
Corporate HQ
60 Columbus Circle
New York, NY 10023


Tower Communications
3305 Fern Street
Alexandria, LA 71302


Transcoastal Logistics, LLC
4486 FM 1006
Orange, TX 77630


U.S. Small Business Administrati
365 Canal Street, Suite 2820
New Orleans, LA 70130


US Bank
30 4th Street NE
Minneapolis, MN 55413


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Viasat Inc.
6155 El Camino Real
Carlsbad, CA 92009


Waste Management
1001 Fannin
Houston, TX 77002

Wex Fuel Cards
1 Hancock Street
Portland, ME 04101

In re: **Moreaux Transportation Services, Inc.**      Case No. **20-20384**
Debtor(s)      Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 28, 2020**

**/s/ Daniel Moreaux**
**Daniel Moreaux**/**President**
Signer/Title