**Moreaux Transportation Services, Inc.**
**Balance Sheet**
**For the year ended December 31, 2019**

| | | |
|---|---:|---:|
| Cash and cash equivalents | $ | 28,173 |
| Accounts receivable | | 60,478 |
| Prepaid insurance | | 229,959 |
| Total current assets | | 318,609 |
| | | |
| Furniture and fixtures | | 41,066 |
| Vehicles and equipment, net | | 1,686,929 |
| **Total assets** | **$** | **2,046,605** |
| | | |
| Accounts payable | $ | 31,785 |
| | | |
| Unsecured debt | | 460,418 |
| Secured debt | | 1,305,126 |
| Total liabilities | | 1,797,328 |
| | | |
| Equity | | 249,277 |
| **Total liabilities and equity** | **$** | **2,046,605** |

**Moreaux Transportation, Inc.**
**Income Statement**
**For the year ended December 31, 2019**

|  | | **Dec-19** |
|---|---|---:|
| Revenue | $ | 3,852,309 |
| Operating expenses | | 2,415,080 |
| **Operating income** | | **1,437,229** |
| General & administrative expenses | | 475,488 |
| Interest expense | | 934,373 |
| Tax expense | | 19,339 |
| **Net income** | $ | **8,030** |