**Moreaux Transportation Services, Inc.**
**Balance Sheet**
**For the period ended August 31, 2020**

| | | |
|---|---:|---:|
| Cash and cash equivalents | $ | 20,462 |
| Accounts receivable | | 251,080 |
| Prepaid insurance | | 83,456 |
| Total current assets | | 354,998 |
| | | |
| Furniture and fixtures | | 30,000 |
| Vehicles and equipment, net | | 2,880,000 |
| **Total assets** | **$** | **3,264,998** |
| | | |
| Accounts payable | $ | 53,932 |
| | | |
| Unsecured debt | | 718,284 |
| Secured debt | | 3,164,232 |
| Total liabilities | | 3,936,448 |
| | | |
| Equity | | (671,450) |
| **Total liabilities and equity** | **$** | **3,264,998** |

# Moreaux Transportation, Inc.
# Income Statement
## For the month and eight months ending August 31, 2020

|  | Month Ending Aug-20 | Eight Months Ending Aug-20 |
|---|---:|---:|
| Revenue | $ 448,713 | $ 2,883,784 |
| Operating expenses | 373,126 | 1,953,492 |
| **Operating income** | **75,587** | **930,292** |
| General & administrative expenses | 41,485 | 335,622 |
| Interest expense | 140,638 | 1,156,655 |
| Tax expense | - | 11,963 |
| Asset impairment expense | 339,869 | 339,869 |
| **Net income** | **$ (446,405)** | **$ (913,816)** |