**SO ORDERED.**
**SIGNED October 1, 2020.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**IN RE:**

| | |
|---|---|
| **MOREAUX TRANSPORTATION SERVICES, INC.** | **CASE NO. 20-20384** |
| **DEBTOR** | **CHAPTER 11, SUBCHAPTER V** |

_____

**INTERIM ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF STOUT RISIUS ROSS, LLC AS FINANCIAL ADVISOR TO THE DEBTOR**

This matter came before the Court on the 29th day of September, 2020. Considering the representations of counsel, the application is granted on an interim basis with the terms contained in this Order.

IT IS ORDERED that Stout Risius Ross, LLC is hereby employed under §§ 327(a) and 328(a) to provide financial advisory services to Debtor, *nunc pro tunc* to the Petition Date of September 21, 2020, on an hourly basis as denoted in the application, and subject to all Orders of this Court, requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

IT IS FURTHER ORDERED that a final hearing on the foregoing application is hereby set for **November 5, 2020 at 10:30 a.m.** Counsel to the Debtor is directed to notice this Order.

###

Respectfully submitted:

GOLD, WEEMS, BRUSER, SUES & RUNDELL

By: /s/Bradley L. Drell
    Bradley L. Drell (Bar Roll #24387)
    Heather M. Mathews (Bar Roll #29967)
    B. Gene Taylor, III (Bar Roll #33407)
    P. O. Box 6118
    Alexandria, Louisiana 71307-6118
    Telephone: (318) 445-6471
    Facsimile: (318) 445-6476
    e-mail: bdrell@goldweems.com

ATTORNEYS FOR DEBTOR AND DEBTOR
IN POSSESSION: MOREAUX
TRANSPORTATION SERVICES, INC.