# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−2 | User: cfontenot | Date Created: 10/1/2020 |
| Case: 20−20384 | Form ID: pdf8 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
tr     Lucy G. Sikes (Ch 11 Sub V Trustee)     sikesecf@gmail.com
aty     Bradley L. Drell     bdrell@goldweems.com
aty     Heather M. Mathews     hmathews@goldweems.com
aty     Richard Drew     richard.drew@usdoj.gov

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Moreaux Transportation Services, Inc.     P.O. Box 2952     Orange, TX 77630

TOTAL: 1