UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| In re | * | CASE NO. 20-BK-20384 |
| | * | |
| MOREAUX TRANSPORTATION | * | |
| SERVICES, INC. | * | |
| | * | CHAPTER 11, SUBCHAPTER V |
| Debtor | * | |
| | * | |

*****************************************************************************

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE That **PNC Equipment Finance, LLC** and/or **PNC Equipment Finance, LLC d/b/a Wabash National Finance Services ("PNC")** has retained this office to represent it in all matters before the United States Bankruptcy Court related to this case. The undersigned counsel requests copies of all notices, pleadings and/or other papers in this matter pursuant to the provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 3017, 3020, 6007, 9010 and 9027. Notices, pleadings and/or other papers shall be mailed to the following:

> Mark A. Begnaud
> McCoy Roberts & Begnaud, Ltd.
> (A Law Corporation)
> P.O. Box 1369
> Natchitoches, LA 71458-1369

> Respectfully submitted,
>
> MCCOY ROBERTS & BEGNAUD, LTD
> (A Law Corporation)
> P.O. Box 1369
> Natchitoches, LA 71458-1369
> 318.352.6495
>
> By: /s/ Mark A. Begnaud
> Mark A. Begnaud, # 22197
> Attorneys for PNC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Notice of Appearance and Request for Notices* was filed with this Clerk of this Court using the CM/ECF electronic filing system and a notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the court, including, but not limited to:

Bradly L. Drell, Gold, Weems, Bruser, Sues & Rundell, *Attorneys for the Debtor*, to bdrell@goldweems.com

Heather M. Mathews, Gold, Weems, Bruser, Sues & Rundell, *Attorneys for the Debtor*, to hmathews@goldweems.com

Lucy G. Sikes, *Chapter 11 Subchapter V Trustee* to sikesecf@gmail.com

Office of U.S. Trustee to USTPRegion05.SH.ECF@usdoj.gov; richard.drew@usdoj.gov

Natchitoches, Louisiana, this 16th day of October, 2020.

                                                  /s/ Mark A. Begnaud
                                                     OF COUNSEL