**Fill in this information to identify the case:**

Debtor Name  Moreaux Transportation Services, Inc.

United States Bankruptcy Court for the:  Western District of Louisiana

Case number:  20-20384

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | | |
|---|---|---|---|
| Month: | November 2020 | Date report filed: | 12/21/2020 |
| | | | MM / DD / YYYY |
| Line of business: | Transportation | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Moreaux Transportation Services Inc.

Original signature of responsible party

Printed name of responsible party  Daniel Moreaux

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

EXHIBIT
A

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 6,589.02

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 592,655.40

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 599,711.99

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -7,056.59

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ -467.57

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 89,822.31

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                        $ 444,745.00

     (*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?      30

27. What is the number of employees as of the date of this monthly report?      27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00

30. How much have you paid this month in other professional fees?    $ 1,125.00

31. How much have you paid in total other professional fees since filing the case?    $ 1,125.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 420,000.00 | − | $ 592,655.40 | = | $ 172,655.40 |
| 33. **Cash disbursements** | $ 365,003.00 | − | $ 599,711.99 | = | $ 234,708.99 |
| 34. **Net cash flow** | $ 54,997.00 | − | $ -7,056.59 | = | $ -62,053.59 |

35. Total projected cash receipts for the next month:    $ 400,000.00

36. Total projected cash disbursements for the next month:    − $ 351,683.00

37. Total projected net cash flow for the next month:    = $ 48,317.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Moreaux Transportation Services, Inc.**
**Balance Sheet**
**For the post-petition period ended September 30, 2020**

| | | |
|---|---|---|
| Cash and cash equivalents | $ | 53,639 |
| Deposit | | 50,000 |
| Accounts receivable | | 230,826 |
| Other assets | | 264,332 |
| Prepaid assets | | 78,613 |
| Total current assets | | 677,409 |
| | | |
| Furniture and fixtures | | 54,212 |
| Vehicles and equipment, net | | 2,879,609 |
| **Total assets** | **$** | **3,611,230** |
| | | |
| Accounts payable | $ | 84,070 |
| | | |
| TBS factoring facility | | 226,895 |
| | | |
| Unsecured debt | | 774,428 |
| Secured debt | | 2,689,835 |
| Total liabilities | | 3,775,228 |
| | | |
| Equity | | (163,998) |
| **Total liabilities and equity** | **$** | **3,611,230** |

**Moreaux Transportation, Inc.**
**Income Statement**
**For the post-petition periods ending September 30, 2020**

| | Sept Post-Petition Period Ending September 30, 2020 | YTD September 30, 2020 |
|---|---|---|
| Revenue | $ 158,284 | $ 3,160,242 |
| Operating expenses | 175,295 | 2,367,043 |
| **Operating income** | **(17,011)** | **793,199** |
| General & administrative expenses | 7,474 | 194,874 |
| Interest expense | 31,444 | 771,898 |
| Tax expense | - | 22,994 |
| **Net income** | **$ (55,929)** | **$ (196,566)** |

### Moreaux Transportation Services, Inc.
### Balance Sheet
### As of October 31, 2020

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 6,589 |
| Deposit | | 50,000 |
| Accounts receivable | | 258,136 |
| Other assets | | 275,944 |
| Prepaid assets | | 12,677 |
| Total current assets | | 603,345 |
| | | |
| Furniture and fixtures | | 54,212 |
| Vehicles and equipment, net | | 2,879,609 |
| **Total assets** | **$** | **3,537,166** |
| | | |
| Accounts payable | $ | 115,452 |
| | | |
| TBS factoring facility | | 252,870 |
| | | |
| Unsecured debt | | 708,804 |
| Secured debt | | 2,689,835 |
| Total liabilities | | 3,766,961 |
| | | |
| Equity | | (229,795) |
| **Total liabilities and equity** | **$** | **3,537,166** |

**Moreaux Transportation, Inc.**
**Income Statement**
**For the periods ending October 31, 2020**

| | Month Ending | YTD |
|---|---|---|
| | October 31, 2020 | October 31, 2020 |
| Revenue | $ 631,426 | $ 3,791,667 |
| Operating expenses | 619,747 | 2,986,790 |
| **Operating income** | **11,679** | **804,878** |
| General & administrative expenses | 23,686 | 218,560 |
| Interest expense | 51,928 | 823,825 |
| Tax expense | - | 22,994 |
| **Net income** | **$ (63,934)** | **$ (260,501)** |

**Moreaux Transportation Services, Inc.**
**Balance Sheet**
**As of November 30, 2020**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | (468) |
| Deposit | | 50,000 |
| Accounts receivable | | 444,745 |
| Other assets | | 258,504 |
| Prepaid assets | | - |
| Total current assets | | 752,781 |
| | | |
| Furniture and fixtures | | 54,212 |
| Vehicles and equipment, net | | 2,879,609 |
| **Total assets** | **$** | **3,686,601** |
| | | |
| Accounts payable | $ | 89,293 |
| | | |
| TBS factoring facility | | 447,364 |
| | | |
| Unsecured debt | | 679,242 |
| Secured debt | | 2,689,835 |
| Total liabilities | | 3,905,734 |
| | | |
| Equity | | (219,133) |
| **Total liabilities and equity** | **$** | **3,686,601** |

**Moreaux Transportation, Inc.**
**Income Statement**
**For the periods ending November 30, 2020**

| | Month Ending | | YTD | |
|---|---|---|---|---|
| | **November 30, 2020** | | **November 30, 2020** | |
| Revenue | $ | 610,367 | $ | 4,402,034 |
| Operating expenses | | 524,390 | | 3,511,180 |
| **Operating income** | | **85,977** | | **890,854** |
| General & administrative expenses | | 25,080 | | 243,639 |
| Interest expense | | 39,686 | | 863,511 |
| Tax expense | | 12,415 | | 35,409 |
| **Net income** | $ | **8,795** | $ | **(251,705)** |

# Moreaux Transportation Services Inc.
## Reconciliation Summary
### W.F. - DIP CHK-8865, Period Ending 11/30/2020

|  | Nov 30, 20 |
|---|---|
| **Beginning Balance** | 17,047.37 |
| **Cleared Transactions** | |
| **Checks and Payments - 337 items** | -587,186.84 |
| **Deposits and Credits - 80 items** | 592,655.40 |
| **Total Cleared Transactions** | 5,468.56 |
| **Cleared Balance** | **22,515.93** |
| **Uncleared Transactions** | |
| **Checks and Payments - 19 items** | -23,565.33 |
| **Total Uncleared Transactions** | -23,565.33 |
| **Register Balance as of 11/30/2020** | **-1,049.40** |
| **New Transactions** | |
| **Checks and Payments - 69 items** | -79,017.63 |
| **Deposits and Credits - 16 items** | 88,975.86 |
| **Total New Transactions** | 9,958.23 |
| **Ending Balance** | **8,908.83** |

# EXHIBIT B

12. Moreaux Transportation Services, Inc. has made payments for subcontracted services to Transcoastal Logistics, LLC and rent to Moreaux Freedom Investments, LLC.

17. Moreaux Transportation Services, Inc. has made payments to critical vendors for pre-petition payables, as previously approved by the Court.

# EXHIBIT C

**Moreaux Transportation Services, Inc.**
**Case 20-20384**
**Cash Receipts November 1 - 30, 2020**

| Date | Source | Amount |
|------|--------|--------|
| 11/2/2020 | Wal - Mart Purchase Return | 23.01 |
| 11/2/2020 | Wal - Mart Purchase Return | 48.70 |
| 11/2/2020 | Gross Trucking Income | 682.95 |
| 11/2/2020 | Gross Trucking Income | 1,703.88 |
| 11/2/2020 | Gross Trucking Income | 2,000.00 |
| 11/2/2020 | Gross Trucking Income | 3,000.00 |
| 11/2/2020 | Gross Trucking Income | 3,000.00 |
| 11/2/2020 | Gross Trucking Income | 6,978.34 |
| 11/2/2020 | Gross Trucking Income | 10,940.48 |
| 11/2/2020 | Gross Trucking Income | 14,819.00 |
| 11/3/2020 | The Home Depot Purchase Return | 88.70 |
| 11/3/2020 | Gross Trucking Income | 3,753.90 |
| 11/3/2020 | Gross Trucking Income | 4,081.00 |
| 11/3/2020 | Gross Trucking Income | 5,695.18 |
| 11/3/2020 | Gross Trucking Income | 19,740.30 |
| 11/4/2020 | Gross Trucking Income | 8,037.61 |
| 11/4/2020 | Gross Trucking Income | 15,426.97 |
| 11/5/2020 | Gross Trucking Income | 779.33 |
| 11/5/2020 | Gross Trucking Income | 831.66 |
| 11/6/2020 | Gross Trucking Income | 7,020.00 |
| 11/6/2020 | Gross Trucking Income | 19,323.51 |
| 11/9/2020 | Gross Trucking Income | 10,553.02 |
| 11/10/2020 | Gross Trucking Income | 644.94 |
| 11/10/2020 | Gross Trucking Income | 1,500.00 |
| 11/10/2020 | Gross Trucking Income | 1,819.18 |
| 11/10/2020 | Gross Trucking Income | 2,718.00 |
| 11/10/2020 | Gross Trucking Income | 2,796.35 |
| 11/10/2020 | Gross Trucking Income | 28,696.47 |
| 11/12/2020 | Gross Trucking Income | 4,863.23 |
| 11/12/2020 | Gross Trucking Income | 6,508.33 |
| 11/12/2020 | Gross Trucking Income | 7,199.23 |
| 11/12/2020 | Gross Trucking Income | 7,665.41 |
| 11/12/2020 | Gross Trucking Income | 16,878.33 |
| 11/12/2020 | Gross Trucking Income | 18,988.67 |
| 11/13/2020 | Gross Trucking Income | 11,070.00 |
| 11/13/2020 | Gross Trucking Income | 13,364.54 |
| 11/16/2020 | Gross Trucking Income | 644.55 |
| 11/16/2020 | Gross Trucking Income | 2,600.00 |
| 11/16/2020 | Gross Trucking Income | 10,822.20 |

| | | |
|---|---|---:|
| 11/17/2020 | Gross Trucking Income | 2,593.28 |
| 11/17/2020 | Gross Trucking Income | 11,008.74 |
| 11/17/2020 | Gross Trucking Income | 11,460.67 |
| 11/17/2020 | Gross Trucking Income | 13,988.00 |
| 11/18/2020 | Gross Trucking Income | 25,194.46 |
| 11/19/2020 | Gross Trucking Income | 1,335.91 |
| 11/19/2020 | Gross Trucking Income | 3,976.28 |
| 11/19/2020 | Gross Trucking Income | 9,105.03 |
| 11/19/2020 | Gross Trucking Income | 18,607.79 |
| 11/20/2020 | Gross Trucking Income | 715.39 |
| 11/20/2020 | Gross Trucking Income | 7,830.00 |
| 11/20/2020 | Gross Trucking Income | 8,016.56 |
| 11/20/2020 | Gross Trucking Income | 12,233.37 |
| 11/23/2020 | Gross Trucking Income | 2,085.87 |
| 11/23/2020 | Gross Trucking Income | 18,075.50 |
| 11/23/2020 | Gross Trucking Income | 33,413.25 |
| 11/24/2020 | Gross Trucking Income | 13,159.14 |
| 11/24/2020 | Gross Trucking Income | 20,643.20 |
| 11/25/2020 | Gross Trucking Income | 5,507.46 |
| 11/25/2020 | Gross Trucking Income | 21,978.22 |
| 11/27/2020 | Gross Trucking Income | 3,836.30 |
| 11/27/2020 | Gross Trucking Income | 6,628.20 |
| 11/27/2020 | Gross Trucking Income | 10,761.00 |
| 11/27/2020 | Gross Trucking Income | 35,158.87 |
| 11/30/2020 | Gross Trucking Income | 4,953.09 |
| 11/30/2020 | Gross Trucking Income | 5,912.85 |
| 11/30/2020 | Gross Trucking Income | 7,170.00 |

**Total Cash Receipts 11/1/2020 - 11/30/2020**          $ **592,655.40**

# EXHIBIT D

Moreaux Transportation Services, Inc.
Case 20-20384
Cash Disbursements November 1 - 30, 2020

| Date | Num | Payee | Purpose | Amount |
|------|-----|-------|---------|--------|
| 11/2/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/2/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/2/2020 | | Westside Sport | Miscellaneous Expense | 25.00 |
| 11/2/2020 | | Westside Sport | Miscellaneous Expense | 25.00 |
| 11/2/2020 | | BBB - Better Business Bureau | Advertising and Promotion | 38.50 |
| 11/2/2020 | | Translab | Medical Expense | 60.00 |
| 11/2/2020 | | Flying J Truck Stop | Fuel for Hired Vehicles | 61.95 |
| 11/2/2020 | | The Home Depot | Small Tools and Equipment | 88.70 |
| 11/2/2020 | | Chevron | Fuel for Hired Vehicles | 110.00 |
| 11/2/2020 | | Chevron | Fuel for Hired Vehicles | 113.40 |
| 11/2/2020 | | Chevron | Fuel for Hired Vehicles | 200.00 |
| 11/2/2020 | | The Home Depot | Small Tools and Equipment | 224.29 |
| 11/2/2020 | | Office Depot | Office Supplies | 251.10 |
| 11/2/2020 | E-pay | Texas Workforce Commision | Payroll Liabilities | 294.19 |
| 11/2/2020 | | Affordable Home Repair | Repairs and Maintenance | 300.00 |
| 11/2/2020 | | Marco Antonio Menendez | Repairs and Maintenance | 346.01 |
| 11/2/2020 | E-pay | United States Treasury | Payroll Liabilities | 363.95 |
| 11/2/2020 | E-pay | Louisiana Department of Revenue | Payroll Liabilities | 830.00 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 1,000.00 |
| 11/2/2020 | E-pay | United States Treasury | Payroll Liabilities | 4,564.36 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 5,500.00 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 6,500.00 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 7,000.00 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/2/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 15,000.00 |
| 11/3/2020 | | Wex Fuel Cards | Fuel for Hired Vehicles | 75.00 |
| 11/3/2020 | | The Home Depot | Small Tools and Equipment | 88.70 |
| 11/3/2020 | | Wex Fuel Cards | Fuel for Hired Vehicles | 104.00 |
| 11/3/2020 | | Pilot Truck Stop | Fuel for Hired Vehicles | 106.70 |
| 11/3/2020 | | Roland Eaglin | Fuel for Hired Vehicles | 250.00 |
| 11/3/2020 | | Artcraft Printing | Advertising and Promotion | 329.24 |
| 11/3/2020 | | Samsara | Computer and Internet Expenses | 1,417.77 |
| 11/3/2020 | | Moreaux Freedom Investments | Rent | 4,100.00 |
| 11/3/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/4/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/4/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/4/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 56.16 |
| 11/4/2020 | | Munro's Uniform Service | Uniforms | 124.51 |
| 11/4/2020 | | Nolan Oil | Fuel for Hired Vehicles | 179.07 |
| 11/4/2020 | | Roland Eaglin | Fuel for Hired Vehicles | 250.00 |
| 11/4/2020 | | Affordable Home Repair | Repairs and Maintenance | 400.00 |
| 11/4/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 6,500.00 |
| 11/5/2020 | | QuickBooks Payroll Service | Office Expense | 1.87 |
| 11/5/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 35.00 |
| 11/5/2020 | | Bridge City Lock & Key | Repairs and Maintenance | 173.20 |
| 11/5/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 197.60 |

| Date | Check# | Payee | Category | Amount |
|------|--------|-------|----------|--------|
| 11/5/2020 | | Coast to Coast Computers | Office Supplies | 233.72 |
| 11/5/2020 | | Intuit QuickBooks | Office Expense | 267.92 |
| 11/5/2020 | | Coast to Coast Computers | Office Supplies | 409.02 |
| 11/5/2020 | | Performance Truck | Repairs and Maintenance | 439.34 |
| 11/5/2020 | | QRH Apartment | Advance Distr. - Shareholder | 1,339.80 |
| 11/5/2020 | | QuickBooks Payroll Service | Payroll | 3,364.18 |
| 11/5/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 7,000.00 |
| 11/6/2020 | | Chevron | Fuel for Hired Vehicles | 68.51 |
| 11/6/2020 | | Entergy - 4486 FM 1006 | Utilities | 100.64 |
| 11/6/2020 | | Affordable Home Repair | Repairs and Maintenance | 135.00 |
| 11/6/2020 | 9155 | James E. McCall | Payroll | 157.55 |
| 11/6/2020 | 9145 | Linda Adams | Payroll | 174.70 |
| 11/6/2020 | | Entergy - 4486 FM 1006 | Utilities | 271.74 |
| 11/6/2020 | 9135 | Charles W. Donnaud | Payroll | 301.46 |
| 11/6/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 311.79 |
| 11/6/2020 | 9136 | Cheryl A. Moreaux | Payroll | 318.13 |
| 11/6/2020 | 9138 | David Stogner | Payroll | 350.93 |
| 11/6/2020 | | Marco Antonio Menendez | Repairs and Maintenance | 362.00 |
| 11/6/2020 | 9149 | Stephen A. Harrison | Payroll | 366.34 |
| 11/6/2020 | 9141 | JaKevin T. Mcdonald | Payroll | 437.27 |
| 11/6/2020 | 9199 | TX Child Support SDU | Payroll Liabilities | 441.46 |
| 11/6/2020 | 9152 | Roland Eaglin | Subcontracted Services | 458.16 |
| 11/6/2020 | | Entergy - 4486 FM 1006 | Utilities | 516.16 |
| 11/6/2020 | 9143 | Jeramy S. Barrios | Payroll | 567.76 |
| 11/6/2020 | 9151 | Todd M. Alex | Payroll | 605.84 |
| 11/6/2020 | 9134 | Andy D. McGallion | Payroll | 676.25 |
| 11/6/2020 | 9148 | Raynard J. Kennison | Payroll | 718.61 |
| 11/6/2020 | 9146 | Otis R Moreaux | Payroll | 739.75 |
| 11/6/2020 | 9144 | Kevin P. Richard | Payroll | 809.68 |
| 11/6/2020 | | Javed Venture Holdings LLC | Rent | 810.00 |
| 11/6/2020 | 9139 | Elizabeth D. Netherly | Payroll | 813.62 |
| 11/6/2020 | 9147 | Ozie London Jr. | Payroll | 822.03 |
| 11/6/2020 | 9140 | Elliott Floyd Franklin | Payroll | 826.56 |
| 11/6/2020 | 9153 | Joel . Moreaux | Payroll | 837.50 |
| 11/6/2020 | 9142 | James E. McCall | Payroll | 990.88 |
| 11/6/2020 | 9150 | Daniel. Moreaux | Payroll | 1,209.90 |
| 11/6/2020 | 9137 | Daniel. Moreaux | Payroll | 1,370.60 |
| 11/6/2020 | | Dianna Parrie | Office Expense | 2,310.00 |
| 11/6/2020 | | J.A.M. Distributing Co. | Fuel for Hired Vehicles | 2,591.14 |
| 11/6/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 7,500.00 |
| 11/9/2020 | | Viasat Inc | Telephone Expense | 75.80 |
| 11/9/2020 | | Performance Truck | Repairs and Maintenance | 145.26 |
| 11/9/2020 | | Gerald Lingenfelter | Repairs and Maintenance | 314.00 |
| 11/9/2020 | | Smarts Truck & Trailer | Repairs and Maintenance | 816.02 |
| 11/9/2020 | | American Express | Repairs and Maintenance | 1,000.00 |
| 11/9/2020 | | Moreaux Freedom Investments | Prepaid Rent | 3,020.00 |
| 11/9/2020 | E-pay | United States Treasury | Payroll Liabilities | 4,802.90 |
| 11/9/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 6,000.00 |
| 11/9/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 7,500.00 |
| 11/9/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/10/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/10/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 56.16 |
| 11/10/2020 | | Piney Woods Sanitation | Utilities | 75.64 |

| Date | Payee | Category | Amount |
|------|-------|----------|-------:|
| 11/10/2020 | Chevron | Fuel for Hired Vehicles | 90.16 |
| 11/10/2020 | Right Networks | Office Expense | 145.82 |
| 11/10/2020 | Petro Fuel Stop | Fuel for Hired Vehicles | 150.00 |
| 11/10/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 275.09 |
| 11/10/2020 | Transcoastal Logistics LLC | Subcontracted Services | 2,000.00 |
| 11/10/2020 | Transcoastal Logistics LLC | Subcontracted Services | 3,500.00 |
| 11/10/2020 | Transcoastal Logistics LLC | Subcontracted Services | 5,000.00 |
| 11/10/2020 | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/11/2020 | 9156 David Stogner | Driver Advances | 150.00 |
| 11/12/2020 | Speedy Stop | Meals and Entertainment | 7.16 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/12/2020 | Pilot Truck Stop | Fuel for Hired Vehicles | 17.99 |
| 11/12/2020 | MVR Online | Licenses/Permits | 28.00 |
| 11/12/2020 | Wells Fargo | Bank Service Charges | 30.00 |
| 11/12/2020 | State Farm | Insurance Expense | 35.29 |
| 11/12/2020 | Boogies Express Wash | Repairs and Maintenance | 45.95 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 56.16 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 57.19 |
| 11/12/2020 | Speedy Stop | Fuel for Hired Vehicles | 66.74 |
| 11/12/2020 | Speedy Stop | Fuel for Hired Vehicles | 83.50 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 209.88 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 209.88 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 209.88 |
| 11/12/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 245.00 |
| 11/12/2020 | Mustang Machinery | Repairs and Maintenance | 250.13 |
| 11/12/2020 | Transcoastal Logistics LLC | Subcontracted Services | 1,981.25 |
| 11/12/2020 | Transcoastal Logistics LLC | Subcontracted Services | 3,000.00 |
| 11/12/2020 | Transcoastal Logistics LLC | Subcontracted Services | 6,000.00 |
| 11/12/2020 | M&N Repairs & Automotive LLC | Repairs and Maintenance | 6,010.00 |
| 11/12/2020 | AFCO | Insurance Expense | 10,000.00 |
| 11/13/2020 | Wells Fargo | Bank Service Charges | 15.00 |
| 11/13/2020 | MVR Online | Licenses/Permits | 17.50 |
| 11/13/2020 | Wells Fargo | Bank Service Charges | 30.00 |
| 11/13/2020 | Wells Fargo | Bank Service Charges | 30.00 |
| 11/13/2020 | Interstate Tire & Mechanical | Repairs and Maintenance | 105.48 |
| 11/13/2020 | Roland Eaglin | Fuel for Hired Vehicles | 150.00 |
| 11/13/2020 | Viasat Inc | Telephone Expense | 183.63 |
| 11/13/2020 | 9174 Rebekah A. Moreaux | Payroll | 301.46 |
| 11/13/2020 | 9169 Linda Adams | Payroll | 342.40 |
| 11/13/2020 | TXDMV | Licenses/Permits | 353.02 |
| 11/13/2020 | 9159 Cheryl A. Moreaux | Payroll | 357.32 |
| 11/13/2020 | Ironwood Business Consulting | Professional Fees | 375.00 |
| 11/13/2020 | Ironwood Business Consulting | Professional Fees | 375.00 |
| 11/13/2020 | Ironwood Business Consulting | Professional Fees | 375.00 |
| 11/13/2020 | Pamela D. Brister | Payroll | 419.52 |
| 11/13/2020 | 9200 TX Child Support SDU | Payroll Liabilities | 441.46 |
| 11/13/2020 | 9177 Todd M. Alex | Payroll | 538.17 |
| 11/13/2020 | 9158 Charles W. Donnaud | Payroll | 590.92 |
| 11/13/2020 | 9161 David Stogner | Payroll | 607.98 |

| | | | | |
|---|---|---|---|---|
| 11/13/2020 | | 9171 Otis R Moreaux | Payroll | 626.99 |
| 11/13/2020 | | 9162 Elizabeth D. Netherly | Payroll | 681.86 |
| 11/13/2020 | | 9164 JaKevin T. Mcdonald | Payroll | 684.96 |
| 11/13/2020 | | 9172 Ozie London Jr. | Payroll | 726.21 |
| 11/13/2020 | | 9170 Otis J. Moreaux Sr. | Payroll | 754.12 |
| 11/13/2020 | | 9166 Jeramy S. Barrios | Payroll | 772.56 |
| 11/13/2020 | | 9157 Andy D. McGallion | Payroll | 796.38 |
| 11/13/2020 | | 9176 Stacie A Guillory | Payroll | 809.66 |
| 11/13/2020 | | 9175 Ronald D. Dyes | Payroll | 824.83 |
| 11/13/2020 | | 9163 Elliott Floyd Franklin | Payroll | 826.56 |
| 11/13/2020 | | 9173 Raynard J. Kennison | Payroll | 963.49 |
| 11/13/2020 | | 9168 Kevin P. Richard | Payroll | 972.98 |
| 11/13/2020 | | 9167 Joel . Moreaux | Payroll | 1,058.84 |
| 11/13/2020 | | 9165 James E. McCall | Payroll | 1,099.55 |
| 11/13/2020 | | Mary L. Fairchild | Payroll | 1,147.98 |
| 11/13/2020 | | 9178 Daniel. Moreaux | Payroll | 1,209.90 |
| 11/13/2020 | | 9160 Daniel. Moreaux | Payroll | 1,370.60 |
| 11/13/2020 | | Nolan Oil | Fuel for Hired Vehicles | 1,476.42 |
| 11/13/2020 | | 9179 Roland Eaglin | Subcontracted Services | 1,527.41 |
| 11/13/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 15,000.00 |
| 11/16/2020 | | Wells Fargo | Bank Service Charges | 2.50 |
| 11/16/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/16/2020 | | Adobe | Office Expense | 16.23 |
| 11/16/2020 | | Waffle House | Meals and Entertainment | 22.00 |
| 11/16/2020 | | Daniel Moreaux. | Miscellaneous Expense | 23.50 |
| 11/16/2020 | | Norton | Office Supplies | 37.35 |
| 11/16/2020 | | Vivint | Dues and Subscriptions | 80.82 |
| 11/16/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 141.63 |
| 11/16/2020 | | City Hall Collection | Licenses/Permits | 142.22 |
| 11/16/2020 | | City Hall Collection | Licenses/Permits | 252.11 |
| 11/16/2020 | | Wal - Mart | Office Supplies | 335.08 |
| 11/16/2020 | | City Hall Collection | Licenses/Permits | 376.26 |
| 11/16/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 2,000.00 |
| 11/16/2020 | | Fleetcor | Fuel for Hired Vehicles | 3,354.68 |
| 11/16/2020 | | Moreaux Freedom Investments | Prepaid Rent | 3,915.00 |
| 11/16/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 5,000.00 |
| 11/16/2020 | E-pay | United States Treasury | Payroll Liabilities | 5,295.02 |
| 11/16/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/17/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/17/2020 | | POPEYES | Meals and Entertainment | 18.37 |
| 11/17/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 50.75 |
| 11/17/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 245.00 |
| 11/17/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 419.75 |
| 11/17/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 7,500.00 |
| 11/17/2020 | | Texas Secretaty of State | Taxes-Texas Margin Tax | 12,415.26 |
| 11/18/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/18/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 56.16 |
| 11/18/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 207.17 |
| 11/18/2020 | | Jee Tires | Repairs and Maintenance | 426.64 |
| 11/18/2020 | | M and D Distributors | Repairs and Maintenance | 697.30 |
| 11/18/2020 | | Moreaux Freedom Investments | Prepaid Rent | 705.00 |
| 11/18/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 6,000.00 |
| 11/19/2020 | | QuickBooks Payroll Service | Payroll Expenses | 1.75 |

| Date | | Payee | Category | Amount |
|------|---|-------|----------|-------:|
| 11/19/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/19/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/19/2020 | | Star Locktechs | Repairs and Maintenance | 16.85 |
| 11/19/2020 | | Wells Fargo | Bank Service Charges | 30.00 |
| 11/19/2020 | | Chevron | Fuel for Hired Vehicles | 39.50 |
| 11/19/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 68.01 |
| 11/19/2020 | | American Office LLC | Office Expense | 116.91 |
| 11/19/2020 | | Quick Lube | Repairs and Maintenance | 133.80 |
| 11/19/2020 | | Office Depot | Office Supplies | 182.22 |
| 11/19/2020 | | Artcraft Printing | Advertising and Promotion | 409.32 |
| 11/19/2020 | | AAA Outhouse & Vacuum Service | Repairs and Maintenance | 430.00 |
| 11/19/2020 | | Houston Truck Parts | Repairs and Maintenance | 573.68 |
| 11/19/2020 | | Houston Truck Parts | Repairs and Maintenance | 613.67 |
| 11/19/2020 | | Moreaux Freedom Investments | Prepaid Rent | 1,550.00 |
| 11/19/2020 | | QuickBooks Payroll Service | Payroll | 2,931.84 |
| 11/19/2020 | | Fleetcor | Fuel for Hired Vehicles | 3,365.13 |
| 11/19/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 8,500.00 |
| 11/19/2020 | | AFCO | Insurance Expense | 10,000.00 |
| 11/20/2020 | | Checkers | Meals and Entertainment | 5.86 |
| 11/20/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/20/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/20/2020 | | Pin Point Security | Security - Office & Terminal | 208.17 |
| 11/20/2020 | | Waste Management/8668342080 | Utilities | 238.55 |
| 11/20/2020 | | Dianna Parrie | Office Expense | 300.00 |
| 11/20/2020 | 9182 | Cheryl A. Moreaux | Payroll | 300.37 |
| 11/20/2020 | | Interstate Batteries | Repairs and Maintenance | 392.69 |
| 11/20/2020 | 9201 | TX Child Support SDU | Payroll Liabilities | 441.46 |
| 11/20/2020 | 9197 | Todd M. Alex | Payroll | 524.10 |
| 11/20/2020 | 9187 | JaKevin T. Mcdonald | Payroll | 538.90 |
| 11/20/2020 | | Nolan Oil | Fuel for Hired Vehicles | 539.43 |
| 11/20/2020 | 9196 | Ronald D. Dyes | Payroll | 639.33 |
| 11/20/2020 | 9192 | Linda Adams | Payroll | 750.24 |
| 11/20/2020 | 9189 | Jeramy S. Barrios | Payroll | 750.50 |
| 11/20/2020 | | O'Reilly | Small Tools and Equipment | 785.38 |
| 11/20/2020 | 9181 | Charles W. Donnaud | Payroll | 786.03 |
| 11/20/2020 | 9186 | Elliott Floyd Franklin | Payroll | 793.62 |
| 11/20/2020 | 9190 | Joel . Moreaux | Payroll | 800.50 |
| 11/20/2020 | 9191 | Kevin P. Richard | Payroll | 803.47 |
| 11/20/2020 | 9185 | Elizabeth D. Netherly | Payroll | 813.62 |
| 11/20/2020 | 9184 | David Stogner | Payroll | 953.60 |
| 11/20/2020 | 9195 | Raynard J. Kennison | Payroll | 1,024.21 |
| 11/20/2020 | 9194 | Ozie London Jr. | Payroll | 1,079.55 |
| 11/20/2020 | 9180 | Andy D. McGallion | Payroll | 1,109.55 |
| 11/20/2020 | 9188 | James E. McCall | Payroll | 1,178.06 |
| 11/20/2020 | 9198 | Daniel. Moreaux | Payroll | 1,253.30 |
| 11/20/2020 | | J.A.M. Distributing Co. | Fuel for Hired Vehicles | 1,339.86 |
| 11/20/2020 | 9183 | Daniel. Moreaux | Payroll | 1,370.60 |
| 11/20/2020 | 9193 | Otis R Moreaux | Payroll | 1,560.20 |
| 11/20/2020 | | Patsy Viator | Repairs and Maintenance | 3,660.00 |
| 11/20/2020 | 9202 | Roland Eaglin | Subcontracted Services | 4,336.59 |
| 11/20/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 17,500.00 |
| 11/23/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/23/2020 | | Wells Fargo | Bank Service Charges | 30.00 |

| Date | Check# | Payee | Category | Amount |
|------|--------|-------|----------|--------|
| 11/23/2020 | | Walgreens | Office Supplies | 32.62 |
| 11/23/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 40.00 |
| 11/23/2020 | | Chevron | Fuel for Hired Vehicles | 51.50 |
| 11/23/2020 | | Bill Clark Pest Control | Repairs and Maintenance | 257.64 |
| 11/23/2020 | | J5 Tractors Inc | Repairs and Maintenance | 356.23 |
| 11/23/2020 | | Bank Direct | Insurance Expense | 401.28 |
| 11/23/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 627.05 |
| 11/23/2020 | | CitiCards | Advance Distr. - Shareholder | 1,200.00 |
| 11/23/2020 | | Discover | Advance Distr. - Shareholder | 1,893.47 |
| 11/23/2020 | E-pay | United States Treasury | Payroll Liabilities | 5,797.28 |
| 11/23/2020 | | AFCO | Insurance Expense | 7,189.41 |
| 11/23/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/23/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 17,500.00 |
| 11/23/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 20,000.00 |
| 11/24/2020 | | Indeed | Advertising and Promotion | 11.82 |
| 11/24/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/24/2020 | | Waffle House | Meals and Entertainment | 20.00 |
| 11/24/2020 | | The Home Depot | Small Tools and Equipment | 42.15 |
| 11/24/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 47.04 |
| 11/24/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 68.01 |
| 11/24/2020 | | Indeed | Advertising and Promotion | 171.43 |
| 11/24/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 297.38 |
| 11/24/2020 | 909199 | TX Child Support SDU | Payroll Liabilities | 441.46 |
| 11/24/2020 | | Gerald Lingenfelter | Repairs and Maintenance | 610.00 |
| 11/24/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 3,500.00 |
| 11/24/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 10,000.00 |
| 11/25/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/25/2020 | | Notarize, Inc | Office Expense | 25.00 |
| 11/25/2020 | | Chilis | Meals and Entertainment | 50.51 |
| 11/25/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 55.08 |
| 11/25/2020 | | Bill Clark Pest Control | Repairs and Maintenance | 81.19 |
| 11/25/2020 | | Mustang Machinery | Repairs and Maintenance | 663.98 |
| 11/25/2020 | | Alliance Funding Group, Inc. | Truck Lease | 1,739.02 |
| 11/25/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 2,500.00 |
| 11/25/2020 | | Fleetcor | Fuel for Hired Vehicles | 2,542.96 |
| 11/25/2020 | | QuickBooks Payroll Service | Payroll | 3,280.75 |
| 11/25/2020 | | AFCO | Insurance Expense | 5,699.06 |
| 11/27/2020 | | Chick-Fil-A | Meals and Entertainment | 11.41 |
| 11/27/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/27/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/27/2020 | | Interstate Tire & Mechanical | Repairs and Maintenance | 292.50 |
| 11/27/2020 | 9224 | Cheryl A. Moreaux | Payroll | 300.38 |
| 11/27/2020 | 9222 | TX Child Support SDU | Payroll Liabilities | 441.46 |
| 11/27/2020 | | Nolan Oil | Fuel for Hired Vehicles | 514.31 |
| 11/27/2020 | 9220 | Todd M. Alex | Payroll | 524.10 |
| 11/27/2020 | 9205 | Charles W. Donnaud | Payroll | 639.33 |
| 11/27/2020 | 9212 | Jeramy S. Barrios | Payroll | 682.30 |
| 11/27/2020 | 9208 | Elizabeth D. Netherly | Payroll | 692.49 |
| 11/27/2020 | 9210 | JaKevin T. Mcdonald | Payroll | 706.37 |
| 11/27/2020 | 9209 | Elliott Floyd Franklin | Payroll | 786.39 |
| 11/27/2020 | 9219 | Ronald D. Dyes | Payroll | 788.88 |
| 11/27/2020 | 9213 | Joel . Moreaux | Payroll | 800.50 |
| 11/27/2020 | 9214 | Kevin P. Richard | Payroll | 829.68 |

| | | | | |
|---|---|---|---|---|
| 11/27/2020 | 9217 | Ozie London Jr. | Payroll | 838.50 |
| 11/27/2020 | 9204 | Andy D. McGallion | Payroll | 895.01 |
| 11/27/2020 | 9215 | Linda Adams | Payroll | 900.83 |
| 11/27/2020 | 9207 | David Stogner | Payroll | 932.38 |
| 11/27/2020 | 9218 | Raynard J. Kennison | Payroll | 1,054.57 |
| 11/27/2020 | 9211 | James E. McCall | Payroll | 1,178.05 |
| 11/27/2020 | 9206 | Daniel. Moreaux | Payroll | 1,296.70 |
| 11/27/2020 | 9216 | Otis R Moreaux | Payroll | 1,296.89 |
| 11/27/2020 | 9221 | Daniel. Moreaux | Payroll | 1,469.80 |
| 11/27/2020 | 9223 | Roland Eaglin | Subcontracted Services | 3,458.49 |
| 11/27/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 60,000.00 |
| 11/29/2020 | E-pay | United States Treasury | Payroll Liabilities | 5,245.54 |
| 11/30/2020 | | Wells Fargo | Bank Service Charges | 9.00 |
| 11/30/2020 | | I Tunes | Office Supplies | 10.81 |
| 11/30/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/30/2020 | | Wells Fargo | Bank Service Charges | 15.00 |
| 11/30/2020 | | I Tunes | Office Supplies | 22.71 |
| 11/30/2020 | | Sams Club | Office Supplies | 24.01 |
| 11/30/2020 | | Houston Truck Parts | Repairs and Maintenance | 34.00 |
| 11/30/2020 | | Pilot Truck Stop | Fuel for Hired Vehicles | 45.43 |
| 11/30/2020 | | BUC-EE'S | Fuel for Hired Vehicles | 47.10 |
| 11/30/2020 | | Wells Fargo | Bank Service Charges | 49.50 |
| 11/30/2020 | | I Tunes | Office Supplies | 64.94 |
| 11/30/2020 | | GET N GO | Fuel for Hired Vehicles | 84.50 |
| 11/30/2020 | | Graceland Rental | Office Expense | 357.56 |
| 11/30/2020 | | Blue Beacon | Repairs and Maintenance | 762.54 |
| 11/30/2020 | | Southern Tire Mart | Repairs and Maintenance | 1,651.27 |
| 11/30/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 15,000.00 |
| 11/30/2020 | | Transcoastal Logistics LLC | Subcontracted Services | 20,000.00 |

**Total Cash Disbursements 11/1/2020 - 11/30/2020**　　　　**599,711.99**

# EXHIBIT E

**Moreaux Transportation Services, Inc.**
**Case 20-20384**
**AP Aging 11/30/2020**

| Vendor Name | Open A/P | 1 to 30 | 31 to 60 | 61 to 90 | 91 or More |
|---|---|---|---|---|---|
| | | | 11/30/2020 | | |
| AT&T | 328.29 | 328.29 | - | - | - |
| Fleetcor | 3,239.95 | 3,239.95 | - | - | - |
| J.A.M. Distributing Co. | 1,685.76 | 1,685.76 | - | - | - |
| Theobald, Demahy & Co., P.C. | 2,250.00 | 2,250.00 | - | - | - |
| Time Warner Cable | 417.67 | 417.67 | - | - | - |
| Transcoastal Logistics LLC | 64,200.00 | 64,200.00 | - | - | - |
| Payroll | 17,700.64 | 17,700.64 | - | - | - |
| | | | | | |
| Totals 11/30/2020 | $ 89,822.31 | $ 89,822.31 | $    - | $    - | $    - |

# EXHIBIT F

**Moreaux Transportation Services, Inc.**
**Case 20-20384**
**AR Aging 11/30/2020**

| Customer Name | Open A/R | 1 to 30 | 11/30/2020 31 to 60 | 61 to 90 | 91 or More |
|---|---|---|---|---|---|
| Knife River Corporation - TX | 12,041.30 | 12,215.18 | (131.88) | (42.00) | - |
| Oldcastle Materials Inc - Texas | 308,595.94 | 221,432.02 | 63,888.71 | 16,662.04 | 6,613.17 |
| Universal Truckload LLC | 124,107.76 | 100,402.76 | 22,705.00 | - | 1,000.00 |
| Totals 11/30/2020 | $444,745.00 | $334,049.96 | $86,461.83 | $16,620.04 | $7,613.17 |