**Moreaux Transporation Services, Inc. - Projections Model**
*Pro Forma Model ($)*

| P&L | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---:|---:|---:|---:|---:|---:|
| Workdays | 255 | 255 | 256 | 255 | 254 | 253 |
| Calendar Days | 366 | 365 | 365 | 365 | 366 | 365 |
| **Revenues** | | | | | | |
| MTSI Trucking | $ 240,000 | $ 4,080,000 | $ 4,967,200 | $ 6,233,600 | $ 7,563,200 | $ 9,524,000 |
| Subcontractor Trucking | 240,000 | 2,416,000 | 2,560,000 | 2,281,600 | 1,660,800 | 1,064,800 |
| Universal Agency Loads | 917,901 | - | - | - | - | - |
| Other Revenue | 3,489,133 | 250,000 | - | - | - | - |
| **Total Revenues** | $ 4,887,034 | $ 6,746,000 | $ 7,527,200 | $ 8,515,200 | $ 9,224,000 | $ 10,588,800 |
| **Cost of Sales** | | | | | | |
| Subcontractor Fees | $ 1,423,678 | $ 1,932,800 | $ 2,048,000 | $ 1,825,280 | $ 1,328,640 | $ 851,840 |
| Merchant Account Fees | 358,732 | 324,800 | 376,360 | 425,760 | 461,200 | 529,440 |
| Insurance | 501,543 | 576,000 | 698,400 | 880,800 | 1,072,800 | 1,356,000 |
| Fuel | 325,989 | 408,000 | 496,720 | 623,360 | 756,320 | 952,400 |
| Direct Payroll | 802,436 | 816,000 | 1,260,400 | 1,614,800 | 1,966,800 | 2,486,000 |
| Repairs & Maintenance | 418,787 | 648,000 | 785,700 | 990,900 | 1,206,900 | 1,525,500 |
| Licenses & Permits | 60,071 | 96,000 | 116,400 | 146,800 | 178,800 | 226,000 |
| Other Direct Expense | 29,562 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| **Total Cost of Sales** | $ 3,920,797 | $ 4,825,600 | $ 5,805,980 | $ 6,531,700 | $ 6,995,460 | $ 7,951,180 |
| *% Revenues* | *80.2%* | *71.5%* | *77.1%* | *76.7%* | *75.8%* | *75.1%* |
| **Total Gross Profit** | $ 966,237 | $ 1,920,400 | $ 1,721,220 | $ 1,983,500 | $ 2,228,540 | $ 2,637,620 |
| *% Gross Margin* | *19.8%* | *28.5%* | *22.9%* | *23.3%* | *24.2%* | *24.9%* |
| **G&A Expenses** | | | | | | |
| Indirect Payroll | $ 345,615 | $ 382,500 | $ 422,400 | $ 420,750 | $ 457,200 | $ 455,400 |
| Rent | 92,196 | 123,422 | 123,422 | 147,422 | 153,422 | 159,422 |
| Office Expense | 81,339 | 81,000 | 81,000 | 90,000 | 96,000 | 96,000 |
| Advertising & Promotion | 14,588 | 12,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| Utilities | 24,591 | 24,000 | 24,000 | 30,000 | 33,000 | 36,000 |
| Professional Fees | 24,862 | 28,600 | 36,000 | 42,000 | 48,000 | 60,000 |
| Bank Service Fees | 10,654 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Other SG&A Expense | 29,899 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| Taxes - Payroll | 11,043 | 10,000 | 11,000 | 11,250 | 12,250 | 12,500 |
| Taxes - Other | 24,365 | - | 13,500 | 15,000 | 16,500 | 18,000 |
| Interest Expense | 519,375 | 18,545 | 18,545 | 21,753 | 26,667 | 34,133 |
| **Total G&A Expenses** | $ 1,178,528 | $ 710,067 | $ 777,867 | $ 826,175 | $ 891,039 | $ 919,455 |
| *% Revenues* | *24.1%* | *10.5%* | *10.3%* | *9.7%* | *9.7%* | *8.7%* |
| **EBITDAR** | $ (212,290) | $ 1,210,333 | $ 943,353 | $ 1,157,325 | $ 1,337,501 | $ 1,718,165 |
| Restructuring Expenses | 10,000 | 72,474 | - | - | - | - |
| **Total EBITDA** | $ (222,290) | $ 1,137,858 | $ 943,353 | $ 1,157,325 | $ 1,337,501 | $ 1,718,165 |
| *% Margin* | *(4.5%)* | *16.9%* | *12.5%* | *13.6%* | *14.5%* | *16.2%* |
| *Growth* | | | | | | |
| Depreciation | $ - | $ 169,892 | $ 169,892 | $ 169,892 | $ 169,892 | $ 169,892 |
| Amortization | - | - | - | - | - | - |
| EBIT | $ (222,290) | $ 967,966 | $ 773,460 | $ 987,433 | $ 1,167,609 | $ 1,548,272 |
| Unsecured Debt | $ - | $ 175,409 | $ - | $ - | $ - | $ - |
| Secured Debt | - | 23,119 | 23,119 | 23,119 | 23,119 | 23,119 |
| EBT | $ (222,290) | $ 769,438 | $ 750,341 | $ 964,314 | $ 1,144,490 | $ 1,525,153 |
| Taxes | $ 10,295 | $ 270,676 | $ 262,619 | $ 337,510 | $ 400,571 | $ 533,804 |
| **Net Income** | $ (232,586) | $ 498,762 | $ 487,722 | $ 626,804 | $ 743,918 | $ 991,350 |
| *% Margin* | *(4.8%)* | *7.4%* | *6.5%* | *7.4%* | *8.1%* | *9.4%* |
| **Cumulative EBITDA** | $ (222,290) | $ 915,568 | $ 1,858,921 | $ 3,016,246 | $ 4,353,747 | $ 6,071,912 |


EXHIBIT B

**Moreaux Transporation Services, Inc. - Projections Model**
*Pro Forma Model ($)*

| Balance Sheet | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | |
| Cash | $ 43,385 | $ 14,185 | $ 55,125 | $ 137,324 | $ 247,044 | $ 452,515 |
| Accounts Receivable | 234,677 | 260,129 | 332,129 | 325,161 | 353,032 | 425,806 |
| Prepaid Assets | - | - | - | - | - | - |
| Other Current Assets | 308,504 | 83,095 | 83,095 | 83,095 | 83,095 | 83,095 |
| **Total Current Assets** | $ 586,566 | $ 357,409 | $ 470,348 | $ 545,579 | $ 683,171 | $ 961,416 |
| | | | | | | |
| Net PP&E | $ 2,933,820 | $ 2,813,927 | $ 2,644,035 | $ 3,034,142 | $ 3,504,250 | $ 4,134,358 |
| Goodwill | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - |
| **Total Assets** | $ 3,520,386 | $ 3,171,336 | $ 3,114,383 | $ 3,579,722 | $ 4,187,421 | $ 5,095,774 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts Payable | $ 116,644 | $ 90,720 | $ 116,650 | $ 122,441 | $ 137,658 | $ 156,092 |
| TBS Factoring Facility | 234,677 | 260,129 | 332,129 | 325,161 | 353,032 | 425,806 |
| **Total Current Liabilities** | $ 351,322 | $ 350,849 | $ 448,779 | $ 447,603 | $ 490,690 | $ 581,899 |
| | | | | | | |
| Unsecured Debt | $ 679,242 | $ 353,001 | $ 264,750 | $ 176,500 | $ 88,250 | $ (0) |
| Secured Debt | 2,689,835 | 2,083,419 | 1,562,564 | 1,041,709 | 520,855 | (0) |
| Capital Lease Obligations | - | 85,319 | 51,819 | 29,969 | 19,767 | 14,666 |
| Post Petition Debt | - | - | - | 470,667 | 910,667 | 1,350,666 |
| **Total Liabilities** | $ 3,720,399 | $ 2,872,588 | $ 2,327,913 | $ 2,166,447 | $ 2,030,228 | $ 1,947,231 |
| | | | | | | |
| **Shareholders' Equity** | | | | | | |
| Shareholders' Equity | $ (60,309) | $ (60,309) | $ (60,309) | $ (60,309) | $ (60,309) | $ (60,309) |
| Retained Earnings | (139,705) | 359,057 | 846,779 | 1,473,583 | 2,217,502 | 3,208,851 |
| **Total Shareholders' Equity** | $ (200,013) | $ 298,749 | $ 786,470 | $ 1,413,274 | $ 2,157,193 | $ 3,148,542 |
| | | | | | | |
| **Total Liabilities & Shareholders' Equity** | $ 3,520,386 | $ 3,171,336 | $ 3,114,383 | $ 3,579,722 | $ 4,187,421 | $ 5,095,774 |
| Check | - | - | (0.0) | (0.0) | (0.0) | (0.0) |

| Cash Flow Statement | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---:|---:|---:|---:|---:|---:|
| **Operating Cash Flow** | | | | | | |
| Net Income | $ (232,586) | $ 498,762 | $ 487,722 | $ 626,804 | $ 743,918 | $ 991,350 |
| Depreciation & Amortization | - | 169,892 | 169,892 | 169,892 | 169,892 | 169,892 |
| Amortization of Deferred Financing Costs | 172,899 | | | | | |
| Gain on Discharge of Debt | | | | | | |
| Change in Accounts Receivable | (234,677) | (25,452) | (72,000) | 6,968 | (27,871) | (72,774) |
| Change in Prepaid Assets | (24,710) | - | - | - | - | - |
| Change in Other Current Assets | (41,999) | - | - | - | - | - |
| Change in Accounts Payable | 110,877 | (25,924) | 25,930 | 5,791 | 15,216 | 18,435 |
| Change in TBS Factoring Facility | 234,677 | 25,452 | 72,000 | (6,968) | 27,871 | 72,774 |
| **Total Operating Cash Flow** | $ (15,518) | $ 660,614 | $ 683,544 | $ 802,488 | $ 929,027 | $ 1,179,677 |
| | | | | | | |
| **Investing Cash Flow** | | | | | | |
| Capex | (37,029) | (50,000) | - | - | - | - |
| **Total Investing Cash Flow** | $ (37,029) | $ (50,000) | $ - | $ - | $ - | $ - |
| | | | | | | |
| **Financing Payments** | | | | | | |
| Equity Contributions (Draws) | $ (70,360) | $ - | $ - | $ - | $ - | $ - |
| Borrowings on Unsecured Debt | 585,787 | - | - | - | - | - |
| Borrowings on Secured Debt | 381,744 | - | - | - | - | - |
| **Total Financing Cash Flow Pre-Debt** | $ 897,171 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| **Total Cash Flow Pre-Debt** | $ 844,624 | $ 610,614 | $ 683,544 | $ 802,488 | $ 929,027 | $ 1,179,677 |
| Less: Minimum Cash Balance | - | - | - | - | - | - |
| Plus: Beginning Cash | 8,984 | 43,385 | 14,185 | 55,125 | 137,324 | 247,044 |
| Cash Available for Debt Repayment | $ 853,608 | $ 653,998 | $ 697,730 | $ 857,613 | $ 1,066,351 | $ 1,426,721 |
| Less: Unsecured Debt Paydown | 533,208 | 88,250 | 88,250 | 88,250 | 88,250 | 88,250 |
| Less: Secured Debt Paydown | 277,015 | 520,855 | 520,855 | 520,855 | 520,855 | 520,855 |
| Less: Capital Lease Obligation Payments | - | 30,708 | 33,500 | 21,851 | 10,202 | 5,101 |
| Less: Post Petition New Debt Payments | - | - | - | 89,333 | 200,000 | 360,000 |
| **Ending Cash Balance** | $ 43,385 | $ 14,185 | $ 55,125 | $ 137,324 | $ 247,044 | $ 452,515 |
| | | | | | | |
| **Non-Cash Activities** | | | | | | |
| Capex via Debt Additions | (1,197,867) | - | - | (560,000) | (640,000) | (800,000) |
| Debt Additions for Capex | 1,197,867 | - | - | 560,000 | 640,000 | 800,000 |
| Debt Additions for Debt Payments | - | - | - | - | - | - |
| Debt Payments via Debt Additions | - | - | - | - | - | - |
| Deferred Financing Costs Additions | (239,123) | - | - | - | - | - |
| Unsecured Debt Additions for Deferred Financing Costs | 239,123 | - | - | - | - | - |
| Unsecured Debt Additions(pmts) for Prepaid Insurance | (0) | - | - | - | - | - |
| Prepaid Insurance (Additions) Amortization | 0 | - | - | - | - | - |

**Moreaux Transporation Services, Inc. - Projections Model**
*Pro Forma Model ($)*

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Unsecured Debt Payments made via Prepaid CCS | 5,490 | - | - | - | - | - |
| Prepaid CCS Unsecured Debt Distributions | (5,490) | - | - | - | - | - |
| Unsecured Debt Additions for LOC Deposit | 66,885 | - | - | - | - | - |
| LOC Deposit Addtions via Unsecured Debt Additions | (66,885) | - | - | - | - | - |