**Moreaux TSI - Moreaux Transportation Services, Inc.**
**Chapter 7 Liquidation Analysis**
**August 31, 2020**

*In U.S. Dollars*

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 70,462 | 100% | 100% | $ 70,462 | $ 70,462 |
| Accounts Receivables | | 251,080 | 85% | 100% | 213,418 | 251,080 |
| Net Fixed Assets | | 2,910,000 | 80% | 95% | 2,319,000 | 2,761,500 |
| Prepaid Expenses | | 83,456 | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ 3,314,998** | **79%** | **93%** | **$ 2,602,880** | **$ 3,083,042** |

| Potential Litigation Claims | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | $ 0 | 0% | 0% | $ - | $ - |
| Payments to insiders within 12 months of the petition date | 0 | 0% | 0% | - | - |
| Insider Avoidance Actions | 0 | 0% | 0% | - | - |
| **Total Proceeds from Litigation Claims** | **$ -** | **0%** | **0%** | **$ -** | **$ -** |

| **Net Proceeds Available for Distribution** | | | | **$ 2,602,880** | **$ 3,083,042** |
|---|---|---|---|---|---|

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Chapter 7 Trustee Fees | | | | $ 101,336 | $ 115,741 |
| Class 1: Secured | $ 3,164,232 | 82% | 97% | 2,602,880 | 3,083,042 |
| Administrative Expense Claims | 210,000 | 0% | 0% | - | - |
| Class 2: General Unsecured | 772,216 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 4,146,448** | **63%** | **74%** | **$ 2,602,880** | **$ 3,083,042** |

**EXHIBIT C**