# EXHIBIT D

## Plan Covenants

The following covenants shall apply as stated herein on and after the Effective Date:

**A. Negative Covenants.**

So long as any amounts remain due under the Plan on account of an Allowed Secured Claim, the Debtor shall not, without the prior approval of the Bankruptcy Court or another court of competent jurisdiction:

1. be a party to any merger, reorganization or consolidation other than in conjunction with the sale or transfer of substantially all of the Debtor's Assets;

2. except in the ordinary course of business, grant a Lien on any of its Assets that is senior in priority to any Lien held by the holder of an Allowed Secured Claim as of the Effective Date; and

3. purchase or acquire the business, assets or capital stock of any other organization other than in the ordinary course of business.

**B. Affirmative Covenants.**

So long as any amounts remain due under the Plan on account of an Allowed Secured Claim, the Debtor shall:

4. use, operate, protect and maintain its Assets: (a) in good operating order, repair and condition, ordinary wear and tear excepted, (b) consistent with ordinary industry practice, and (c) in compliance with applicable insurance policies;

5. procure all repairs to or replacement of any damaged, worn or lost equipment as necessary to continue operations in the ordinary course of business;

6. pay and discharge or cause to be paid and discharged when due and payable, from time to time, all post-petition taxes, assessments, governmental charges, fines and penalties lawfully levied, other than those the amount or validity of which is being contested in good faith;

7. maintain and preserve its corporate existence and all their rights, franchises and qualifications adequate for the conduct of its business;

8. notify the holders of unpaid Allowed Secured Claims of any uninsured litigation, claim or cause of action pending, commenced or threatened by, against the Debtor with an amount at issue greater than $500,000;

9. obtain and maintain, or cause to be maintained, insurance with one or more insurance companies, underwriters, funds, mutual insurance associations, for the Debtor's Assets and commercial locations, providing coverage substantially similar to the coverage in place prior to the Effective Date; and

10. upon written request of a holder of an Allowed Secured Claim, not more frequently than twice a year, provide Certificates of insurance and/or other written evidence of insurance such holder.