**SO ORDERED.**
**SIGNED February 24, 2021.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

IN RE:

| | |
|---|---|
| **MOREAUX TRANSPORTATION SERVICES, INC.** | **CASE NO. 20-20384** |
| **DEBTOR** | **CHAPTER 11, SUBCHAPTER V** |

_____

**ORDER GRANTING THE FIRST AND FINAL APPLICATION OF STOUT RISIUS ROSS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD SEPTEMBER 22, 2020 THROUGH JANUARY 31, 2021**

Upon consideration of the *First and Final Application of Stout Risius Ross, LLC for Allowance and Payment of Fees and Expenses for the Period September 22, 2020 Through January 31, 2021* (the "Application"),[1] the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and 157(b); (b) this is a core proceeding under 28 U.S.C. §157(b); (c) venue is proper in this Court under 28 U.S.C. §1408; (d) the relief sought in the Application is in the best interest of the Debtor, its creditors and all parties-in-interest in the case; (e) the legal and factual

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Application.

bases set forth in the Application establish just cause for the relief granted herein; and (f) adequate notice of the Application has been given, no objections were filed, and no other notice is necessary; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. Stout Risius Ross, LLC ("Stout') is allowed final compensation of $151,662.50 for professional services on behalf of the Debtor during the Compensation Period.

2. Stout Risius Ross, LLC ("Stout") is awarded fees of $151,662.50 for professional services on behalf of the Debtor during the Compensation Period.

3. The Debtor is authorized and directed to take all other actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

4. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

###

Respectfully submitted:

**STOUT RISIUS ROSS, LLC**

By: /s/John D. Baumgartner
John D. Baumgartner
jbaumgartner@stout.com
1000 Main Street, Suite 3200
Houston, TX 77002
Telephone: (713) 221-5149

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll #29967)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION: MOREAUX TRANSPORTATION SERVICES, INC.**