# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–2 | User: eprice | Date Created: 2/25/2021 |
| Case: 20–20384 | Form ID: pdf8 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Lucy G. Sikes (Ch 11 Sub V Trustee) | sikesecf@gmail.com |
| aty | Bradley L. Drell | bdrell@goldweems.com |
| aty | Heather M. Mathews | hmathews@goldweems.com |
| aty | Richard Drew | richard.drew@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Moreaux Transportation Services, Inc. | P.O. Box 2952 | Orange, TX 77630 |

TOTAL: 1